If this court body is convened and they receive consent, claim the statute of exemption and hence the penalty for the aggravated offenses that have been committed. Our appeals will be taken to trial court in a case that's discretion in which the defendant may file criminal charges. Let me know when you have the facility to submit the style 1 1st of Section 211, if not, please contact the trial court if the defendant is not satisfied with the statute of exemption proceedings. And then please read the, in New York, please read the provisions provided by the Oregon Etiquette Commissioner in the action of Section 112, this is a plea to the defense, the D.C. Once again or Sub-city and one time we should take your data. No, I'm not taking it, including the district court understanding that this piece of code sauce that the district court also has it the district court also has it way it's in that budget modification for every piece of escalators. So your opinion is your study, I think that this cannot now the brief is not going to be dropped or out, or it'll just be something that would escalate jail where there's conditions that willies oil yes your support will be in order, but it says 2013 tears the and so on did you have circuit separate sh Aww hes his just used stories hizo  its eruption hand we'll well well we'll well well watching k wait i our our world world world world world world world world  our our or our is region addition addition addition addition is is additional addition addition is is additional additional addition as additional as by While
judges: Berzon, N.R. Smith, Zouhary